# EXHIBIT A

| Home | Search by Justices | Recent Additions | Case Type Search |



SEARCH AGAIN : [ Search ]

[CLICK HERE FOR A LIST OF AVAILABLE IMAGES](#)

**COUNTY CLERK MINUTES :**

**KEY TO LINKS BELOW**

| COUNTY CLERK INFORMATION |
| --- |
| FULL CAPTION |
| SCANNED DOCUMENTS |
| CC - CIVIL INDEX INQUIRY |
| LOCATE FILES |

| DATE | DOCUMENT TYPE | DATABASE |
| --- | --- | --- |
| 12/26/2025 | AFFIDAVIT/APPLICATION TO COMMENCE ACTION AS POOR P | MINUTES |
| 12/26/2025 | SUMMONS & VERIFIED COMPLAINT | MINUTES |
| 01/05/2026 | ORDER | MINUTES |

**COUNTY CLERK MINUTES :** The minutes of the County Clerk in chronological order reflecting all documents filed with the County Clerk. Motion papers are filed with the order therein and are not separately identified.

| COURT INFORMATION |
| --- |
| CASE CAPTION |
| CASE INFORMATION |
| ATTORNEYS |
| APPEARANCES |
| MOTIONS |
| COMMENTS |
| ASSIGNED JUSTICE |



Documents that have been entered into the minutes of the County Clerk bear a stamp stating "Filed," followed by the date of filing (entry date) and the words "New York County Clerk's Office." Except in matrimonial cases (documents for which are not included in Scroll), judgments are not entered by the County Clerk until an attorney for a party to the case appears at the Judgment Clerk's desk (Rm. 141B at 60 Centre Street) and requests entry. Copies of unfiled judgments bearing a stamp stating "Unfiled Judgment" and a notice to counsel may be found in Scroll. For technical reasons, some long form orders or other documents that were scanned in the early phase of this project may be categorized here as a "Decision."

[ NEW SEARCH ]

60 Centre Street, New York NY 10007 Copyright © 2006 Unified Court System