# EXHIBIT D

# New York State Unified Court System

## Order – Application to Waive Court Costs, Fees, and Expenses

nycourts.gov

UCS-FWO1(01/2025)
Page 1 of 2
nycourthelp.gov

Supreme Court
County of New York
Present: Hon. HON. JAMES G. CLYNES
J.S.C.

In the matter of:

Clayton Howard

**Plaintiff/Petitioner** (party bringing case) or **Subject of Proceeding**

Index/File Number: 101491/2025

-against- West tower Road, Inc, Alexandra Stapleton
Netflix Inc, House of Non fiction Inc, Curtis Jackson

**Defendant/Respondent** (opposing party; if none, leave blank)

The court has read the attached application to waive court costs, fees, and expenses filed on 12 / 26 / 2025 alleging that:

1. Applicant is unable to pay the court costs, fees, and expenses required to prosecute or defend the case or to maintain or respond to an appeal
2. There is no other person beneficially interested in the case
3. Applicant has a good cause of action or claim

**FILED**

JAN 05 2026

NEW YORK COUNTY
COUNTY CLERK

and it is **ORDERED**, that the application is (check one):

☒ **GRANTED**, and the clerk of the court shall not charge the applicant for court costs, fees, or expenses in this case, including one certified copy of the judgment. Any recovery by judgment or settlement in favor of the applicant must be paid to the clerk of the court and await a court order for distribution.

☐ **GRANTED TO THE EXTENT** that the court costs, fees, and expenses related to this case are (check one):

☐ waived only with respect to (check one):

☐ the court filing fee for a Notice of Appeal

☐ other (specify): _____

☐ deferred until (check one):

☐ ___/___/_____

☐ an inventory of assets is filed under Uniform Rules for the Surrogate's Court 207.20

☐ a proposed decree or order is submitted

**NOTE:** If, by settlement or any other means, the applicant receives assets of more than $_____, the court costs, fees, and expenses must be paid from the applicant's share of the estate before the proposed decree or order is signed.


ADA Accommodations ada@nycourts.gov   Spoken or Sign Language Interpreters interpreter@nycourts.gov


COURT Help   1-800-COURT-NY (268-7869)

Printed: 1/27/2026

- ☐ **DENIED**, and all applicable court costs, fees, and expenses must be paid by ____/____/_____ (120 days from the date of this order) as required by section 1101 of the civil practice law rules. If not paid by such date, the case will be dismissed without further order of the court, and the clerk of the court shall close the file without further judicial action.

- ☐ **DECLINED** at this time because case papers are missing or need correction. If the following missing/corrected papers are filed with the court by ____/____/_____, the court will reconsider the fee waiver application:

  _____
  _____
  _____

  If the missing/corrected papers ARE NOT filed with the court by ____/____/_____, the fee waiver application will be denied without further court order, and all applicable court costs, fees, and expenses must be paid by ____/____/_____ (120 days from the date the fee waiver application is denied) as required by section 1101 of the civil practice law rules. If not paid by ____/____/_____ (120 days from the date the fee waiver application is denied), the case will be dismissed without further court order, and the clerk of the court will close the file without further judicial action.

**NOTE:** The case cannot proceed unless the above missing/corrected papers are filed with the court. Therefore, even if the court costs, fees, and expenses are paid, the case will be stricken from the court's calendar if the missing/corrected papers are not filed, and if the case is not restored within 1 year, it will be deemed abandoned and dismissed without costs under section 3404 of the civil practice law and rules.

Date: 12/31/25

_____
HON. JAMES G. CLYNES
J.S.C.

**FILED**

JAN 05 2026

NEW YORK COUNTY
COUNTY CLERK



**New York State Unified Court System**

## Application to Waive Court Costs, Fees, and Expenses

nycourts.gov
UCS-FW1 (01/2025)
Page 1 of 3
nycourthelp.gov

___Supreme___ Court
County of ___New York___

In the matter of:
___Clayton HoWARD___
**Plaintiff/Petitioner** (party bringing case) or **Subject of Proceeding**

-against- House of Non fiction Inc, Alexander Stapleton
NetFlix Inc, West tower Road, Inc, Curtis Jackson
**Defendant/Respondent** (opposing party; if none, leave blank)

Index/File Number: ___101491/2025___

Applicant states the following:

1. I am a party in this case.
2. I am not represented by a lawyer.
3. I live at the following address: ___24 Orchard St Carteret NJ 07008___
4. I have the following assets (check all that apply):

| | | |
|---|---|---|
| ☐ Income | Source: <br> ☐ Wages <br> ☐ Spousal Support <br> ☐ Social Security/SSI/SSID <br> ☒ Other (specify): Family (2nd year law student) | Monthly Amount: <br> $ <br> $ <br> $ <br> $ 1000 |
| ☒ Bank Account(s) | Type: <br> ☐ Checking Account(s) <br> ☒ Savings Accounts(s) | Current Total Balance: <br> $ <br> $ 0 |
| ☐ Cash, Bonds, Securities, and Other Investments | Type: <br> ☐ Cash <br> ☐ Bonds <br> ☐ Securities <br> ☐ Other (specify): | Current Total Balance: <br> $ 0 <br> $ 0 <br> $ <br> $ 0 |
| ☒ Real Estate | Address(es): | Total Estimated Market Value: <br> $ 0 |
| ☒ Vehicles | Type: <br> Make ___ Model ___ Year: ___ <br> Make ___ Model ___ Year: ___ <br> Make ___ Model ___ Year: ___ <br> Make ___ Model ___ Year: ___ | Estimated Market Value (minus any unpaid loan amount): <br> $ <br> $ <br> $ <br> $ |



ADA Accommodations — ada@nycourts.gov
Spoken or Sign Language Interpreters — interpreter@nycourts.gov
COURT Help — 1-800-COURT-NY (268-7869)

Printed: 1/27/2026

UCS-FW1 (01/2025)              Page 2 of 3         Index/File Number: 10149//2025

5. My estimated current monthly expenses are as follows (check all that apply):

| | Type: | Monthly Amount: |
|---|---|---|
| ☐ Housing | ☑ Rent | $ 1000 |
| | ☐ Mortgage | $ |
| | ☐ Real property taxes | $ |
| | ☐ Homeowners' insurance | $ |
| | ☐ Homeowners' association/condominium fees, maintenance, and repairs | $ |
| ☑ Utilities | Include internet, phone, water, gas, electric service, and heating | Monthly amount: $ 250 |
| ☑ Other | Type: | Monthly amount: |
| | ☐ Out-of-pocket medical or dental expenses | $ |
| | ☐ Health insurance premiums | $ |
| | ☑ Child support payments | $ 100 |
| | ☐ Transportation (including public transportation fares, insurance, car loan payments, gas) | $ |
| | ☐ Spousal support payments (also known as alimony) | $ |
| | ☑ Education 2nd year Law student Camden | $ (scholarship) |
| | ☐ Childcare | $ |
| | ☐ Other (specify): | $ |

6. I am responsible for financially supporting other people (check one): ☑ Yes or ☐ No
   If yes, list each dependent's age and provide details about your relationship with each dependent.
   **NOTE:** Do not include dependents' names or dates of birth.

| Age | Relationship |
|---|---|
| 4 | Diur Smith |
| | |
| | |
| | |

7. I have no other income, savings, real property, or assets other than those listed above.

8. I am unable to pay the court costs, fees, and expenses necessary to defend my rights in this case.

9. I cannot afford to hire an attorney to represent me in this case.

10. No one else who is able to pay the required court costs, fees, and expenses has a beneficial interest in the outcome of this case.

11. I intend to assert certain rights and defenses in this case, and I cannot proceed with my case unless this application is granted.

12. I request a court order waiving (check one):

    ☑ all court costs, fees, and expenses for this case

    ☐ the court filing fee for a Notice of Appeal

    ☐ other (specify): _____

13. I have already filed a Summons and Complaint, or Summons with Notice, or Notice of Petition, or Petition, or Order to Show Cause in this case (check one):  ☑ Yes or ☐ No

> **If yes, you must:**
> - Serve this Application to Waive Court Costs, Fees, and Expenses [UCS-FW1] together with a Notice of Motion [UCS-FW2] on the:
>   - Other parties in the case
>   - Corporation Counsel (if filed in NYC)
>   - County Attorney (if filed outside of NYC)
> - File an Affirmation of Service [UCS-FW3] with the court

14. The facts of my case are (check one):

   ☑ **explained** in my attached papers (you must attach your complaint, petition, answer, or affidavit of facts).

   ☐ **as follows** (explain why you have a valid case):

   _____
   _____
   _____
   _____
   _____
   _____
   _____

15. Check one of the following:

   ☑ I **have not** previously applied to waive the court costs, fees, and expenses in this case.

   ☐ I **have** previously applied to waive the court costs, fees, and expenses in this case, but I am applying again because: _____
   _____
   _____

I affirm this __24__ day of __Dec__, 20__25__, under the penalties of perjury under the laws of New York, which may include a fine or imprisonment, that the foregoing is true, and I understand that this document may be filed in an action or proceeding in a court of law.

_____
**Applicant Signature**

Clayton Howard
**Print Name**

**Note:** You may be asked to provide financial documents before the judge makes a decision – for example, bank statements, paystubs, etc. Before filing your application, contact the court and ask if you must submit any financial documents and/or if you are required to serve any other party.