Clayton Howard

24 Orchard Street

Carteret, New Jersey 07008

itsclaytonhoward@gmail.com

(929)781-7791

February 20, 2026

Honorable Sarah Netburn

United States Magistrate Judge

Southern District of New York

500 Pearl Street

New York, NY 10007

Re: Howard v. Netflix, Inc., et al.

Case No. 1:26-cv-00707

Dear Magistrate Judge Netburn:

The Plaintiff respectfully writes to notify the Court regarding a procedural deficiency in the above-referenced matter. Specifically, the Defendants have not yet been formally served pursuant to Fed. R. Civ. P. 4.

The Plaintiff, proceeding pro se and under a fee waiver previously granted by the Court, mistakenly assumed that when defense counsel filed the Notice of Removal from New York State Supreme Court and subsequent initial disclosures under Fed. R. Civ. P. 7.1, such actions constituted a waiver of service. Plaintiff has since learned this assumption was incorrect, and under federal law, service of process remains a necessary requirement even after removal. See *Omni Capital Int'l, Ltd. v. Rudolf Wolff & Co.*, 484 U.S. 97 (1987).

In light of this error, and acknowledging that pro se litigants are accorded liberal consideration with respect to procedural matters, Plaintiff now intends to complete service upon all Defendants

through the U.S. Marshals Service pursuant to the fee waiver previously granted by the Court, in accordance with Fed. R. Civ. P. 4(c)(3)

Accordingly, Plaintiff respectfully requests that the Court either (1) permit withdrawal of the pending motion seeking the court take judicial notice of my victim status and its connection to this matter if it cannot be heard, or (2) deny such motion without prejudice so that Plaintiff may refile at a later date once proper service has been effectuated.

Plaintiff appreciates the Court's understanding and oversight in this matter and will promptly proceed with the service process to bring all parties properly before the Court.

                                                      Respectfully submitted,

*Clayton Howard*

Clayton Howard

Pro Se Plaintiff

Attachments:

- Jan 29, 2026 Initial Email.pdf

- Feb 19, 2026 Defense Counsel Notice of Lack of Service.pdf

-Feb 19, 2026 Howard Reply to Lack of Service notification. pdf

    Clayton Howard <█████████████████████████>

# Clayton Howard v. Netflix, et al. - Removal to Federal Court
3 messages

**Hunter, Helen P.** <█████████████████████████>                               Wed, Jan 28, 2026 at 6:57 PM
To: <█████████████████████████>
Cc: "Farkas, Ilene S." <█████████████████████> "Arora, Kaveri" <█████████████████████>

Mr. Howard,

This firm represents Netflix Inc., Curtis Jackson, Alexandria Stapleton, G-Unit Film & Television, Inc., House of NonFiction Productions, Inc., and West Tower Road LLC with respect to your claims against them related to the documentary series, "Sean Combs: The Reckoning."

Please be advised that this morning, we removed (i.e., transferred) the lawsuit you initiated in the New York State Supreme Court, County of New York (Index No. 101491/2025) to the federal District Court for the Southern District of New York (Case No. 26-cv-00707).

The following materials are available through this iManage share link: █████████████████████████

- SDNY Doc. No. 1 (Notice of Removal with Exhibits A-D and cases cited)
- SDNY Doc. No. 2 (Civil Cover Sheet)
- SDNY Doc. No. 3 (Rule 7.1 Statement)
- Notice of Filing of Notice of Removal filed in the office of the New York County Clerk (with Exhibit A)
- SDNY/EDNY Joint Local Rules
- SDNY Electronic Case Filing (ECF) Rules

Paper copies of the above papers have also been deposited with Federal Express for delivery to your Carteret, NJ home address.

Regards,

Helen P. Hunter

_____

**HELEN (NELLIE) P. HUNTER**

Associate

**PRYOR CASHMAN LLP**



Clayton Howard <​███████████████████████████>

## Judicial Notice of Victim Status 24-cr-542(AS)

**Farkas, Ilene S.** <​███████████████████>                                         Thu, Feb 19, 2026 at 5:55 PM
To: Clayton Howard ███████████████████████
Cc: "Hunter, Helen P." ███████████████████████  "Arora, Kaveri" ███████████████████████

Mr. Howard:

We write to flag that, as far as we are aware, no defendant in the above-captioned action has been properly served with the Summons and Complaint.

Ilene S. Farkas, Esq.

Pryor Cashman LLP

7███████████

███████████████

██████████████

██████████

██████████

███████████████████

█████████████████

[Quoted text hidden]

***CONFIDENTIALITY NOTICE***
This email contains confidential information which may also be legally privileged and which is intended only for the use of the recipient(s) named above. If you are not the intended recipient, you are hereby notified that forwarding or copying of this email, or the taking of any action in reliance on its contents, may be strictly prohibited. If you have received this email in error, please notify us immediately by reply email and delete this message from your inbox.

                                                                  **Clayton Howard <**

## Judicial Notice of Victim Status 24-cr-542(AS)

**Clayton Howard** <                                                         Thu, Feb 19, 2026 at 7:45 PM
To: "Farkas, Ilene S." <
Cc: "Hunter, Helen P."                                , "Arora, Kaveri"

Ms Farkas

    It appears I have made a rookie mistake believing that your initiation of contact and proceeding within the SDNY did not require service which I am incorrect in regard to. Therefore I will contact the court and request my filing be withdrawn without prejudice first thing in the morning. In regard to service I request a waiver on your part on behalf of your clients and I ask you to accept the Summons and complaint on behalf of your client. If you will not, I can inform the U.S. Marshals who will complete service for me if you decline. I was unaware that your initiating actions did not satisfy service believing your clients awareness, and the acknowledgement of the action through your filings began the proceedings. If you will not accept I will request service from the Marshalls and we can begin litigation once service has been completed.

    Apologizes for my confusion and I will do my best to prevent such mishaps in the future. Although Judicial Notice pursuant to F.R.E. 201 can be filed at any time during the proceedings, since you have notified me that your clients are not served then I will withdraw as proceedings have not begun. I will withdraw the application tomorrow. I ask that you provide me with a response to the waiver request as soon as you are capable so that I may take action regardless of the decision that is made.

Respectfully

Clayton Howard
Plaintiff
1:26-cv-00707

[Quoted text hidden]