UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF NEW YORK

CLAYTON HOWARD,                               Civil Action No.:1:26-cv-00707(DEH)(SN)

      *Plaintiff*,

   v.

NETFLIX, INC.,                                   PLAINTIFF'S NOTICE OF FILING

CURTIS JACKSON,                            FIRST AMENDED COMPLAINT

ALEXANDRIA STAPLETON,

G-UNIT FILMS AND TELEVISION INC.,

HOUSE OF NONFICTION INC., and

WEST TOWER ROAD LLC,

      *Defendants*,

TO THE COURT:

PLEASE TAKE NOTICE that Plaintiff Clayton Howard, proceeding pro se, hereby files his First Amended Complaint in the above-captioned action pursuant to Federal Rule of Civil Procedure 15(a).

PRELIMINARY NOTE REGARDING SERVICE OF PROCESS

Plaintiff respectfully advises the Court of the following regarding the status of service in this action: Although Defendants initiated removal of this action from the Supreme Court of the State of New York to this Court pursuant to 28 U.S.C. §§ 1441 and 1446, no Defendant has been formally served with process in accordance with Fed. R. Civ. P. 4 as of the date of this filing. Plaintiff has transmitted to each Defendant, or their known counsel, a Notice of Lawsuit and Request to Waive Service of Summons pursuant to Fed. R. Civ. P. 4(d). As of the date of this filing, no Defendant has returned an executed waiver of service, and Plaintiff is presently awaiting responses to those waiver requests.

Plaintiff notes that a defendant who removes a case to federal court does not thereby waive the requirement of formal service, nor does removal constitute a general appearance sufficient to dispense with service under Rule 4. *See Freight Liquidators, Inc. v. Gulf Oil Corp.*, 69 F.R.D. 480 (S.D.N.Y. 1975). Accordingly, Plaintiff is proceeding diligently to effectuate service and will file proof of service or executed waivers with the Court promptly upon receipt.

Should any Defendant fail to return an executed waiver within the time prescribed by Rule 4(d)(1)(F), Plaintiff will proceed to arrange formal service of process through a process server and will seek an order pursuant to Fed. R. Civ. P. 4(d)(2) requiring that Defendant bear the costs of such service.

## BASIS FOR AMENDMENT

This action was originally commenced in the Supreme Court of the State of New York and was subsequently removed to this Court by Defendants pursuant to 28 U.S.C. §§ 1441 and 1446 on the basis of federal question jurisdiction. Plaintiff files this First Amended Complaint as of right under Fed. R. Civ. P. 15(a)(1), or alternatively, pursuant to the Court's leave under Fed. R. Civ. P. 15(a)(2).

## NATURE OF AMENDMENTS

The First Amended Complaint supersedes and replaces in its entirety the original Complaint. The amendments include the following:

(1) Additional factual allegations in support of Plaintiff's civil RICO claims under 18 U.S.C. §§ 1962(c) and (d), including identification of predicate acts of wire fraud (18 U.S.C. § 1343) and obstruction of justice (18 U.S.C. §§ 1503, 1512(b));

(2) Amplification of Plaintiff's claims under 42 U.S.C. §§ 1985(2) and 1986 for conspiracy to obstruct justice and interference with federal proceedings;

(3) Clarification of Plaintiff's status as a federally designated sex trafficking victim (Victim #2, Count 3, United States v. Sean Combs, No. 24-cr-542(AS) (S.D.N.Y.)) and cooperating federal witness;

(4) Additional allegations concerning Netflix, Inc.'s December 5, 2025 false public statement regarding participant compensation, in support of Plaintiff's Lanham Act claim under 15 U.S.C. § 1125(a); and

(5) Supplemental factual detail in support of Plaintiff's claims under the Trafficking Victims Protection Reauthorization Act, 18 U.S.C. § 1595, and the Crime Victims' Rights Act, 18 U.S.C. § 3771.

## SERVICE OF THIS NOTICE AND AMENDED COMPLAINT

Because formal service of process has not yet been completed, Plaintiff is transmitting a copy of this Notice and the First Amended Complaint to all Defendants and/or their known counsel by *email* on the date indicated below. This transmission does not constitute formal service of process under Fed. R. Civ. P. 4 and is made solely to keep all parties informed of filings in this action pending completion of service.

## ACCOMPANYING DOCUMENTS

The following documents are filed simultaneously herewith:

1. First Amended Complaint (with Exhibits);
2. Plaintiff's RICO Case Statement; and
3. This Notice of Filing.
4. Certificate of Service (For purposes of notification in regard to amended complaint only)

Dated: February 22, 2026

Respectfully submitted,

*Clayton Howard*

Clayton Howard, Pro Se Plaintiff

24 Orchard Street

Carteret, New Jersey

Tel: (929)781-7791

Email: itsclaytonhoward@gmail.com

CERTIFICATE OF SERVICE

I, Clayton Howard, hereby certify that on February 23, 2026, 2026, I transmitted a true and correct copy of the foregoing Notice of Filing First Amended Complaint and the First Amended Complaint to the following Defendants and/or their known counsel by *electronic mail.*

**Note:** Formal service of process pursuant to Fed. R. Civ. P. 4 remains pending. This transmission is made to inform the parties of the filing and does not constitute service of process.

The below defendants are all represented by Pryor Cashman LLP and counsel below:

1. Netflix, Inc. and/or Counsel:
2. Curtis Jackson / G-Unit Films and Television Inc. and/or Counsel:
3. Alexandria Stapleton / House of Nonfiction Inc. and/or Counsel:
4. West Tower Road LLC and/or Counsel:

Ilene S. Farkas, Esq.
Helen (Nellie) P. Hunter (Associate)
Pryor Cashman LLP
7 Times Square
New York, NY 10036
212.326.0188 office
212.798.6382 fax
ifarkas@pryorcashman.com

hhunter@pryorcashman.com

*Clayton Howard*
Clayton Howard, Pro Se
Dated: February 23, 2026