```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 2/24/2026
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X

CLAYTON HOWARD,

                                           **Plaintiff,**                                      26-CV-00707 (DEH)(SN)

                   -against-                                                 **ORDER**

NETFLIX, INC., et al.,

                                         **Defendants.**

-----------------------------------------------------------------X

**SARAH NETBURN, United States Magistrate Judge:**

       Plaintiff, proceeding *pro se*, has indicated that he had not served Defendants prior to removal of this action. Because Plaintiff has been granted permission to proceed In Forma Pauperis ("IFP"), he is entitled to rely on the Court and the U.S. Marshals Service to effect service. See Walker v. Schult, 717 F.3d 119, n.6 (2d Cir. 2013); 28 U.S.C. § 1915(d).

       Counsel for Defendants has entered an appearance for the limited purpose of removing this action. Accordingly, by March 3, 2026, counsel shall advise the Court whether she will accept service on behalf of all Defendants and, if so, indicate when she intends to respond to the complaint.

       If counsel will not accept service on behalf of all Defendants, she must, by March 3, 2026, file a letter identifying the name and address of each Defendant she represents so that the U.S. Marshals Service can effect service.

**SO ORDERED.**

                                                                                                             SARAH NETBURN
                                                                                                              United States Magistrate Judge

DATED:      February 24, 2026
                 New York, New York