UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF NEW YORK

CLAYTON HOWARD,                                                 Civil Action No. 1:26-cv-00707 (DEH)(SN)

       *Plaintiff*,

                                      NOTICE OF MOTION FOR

-against-                                                                   APPOINTMENT OF PRO BONO

                                       COUNSEL

NETFLIX, INC., et al.,

       *Defendants*,

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

      **PLEASE TAKE NOTICE** that Plaintiff Clayton Howard, proceeding pro se and in forma pauperis pursuant to the Order of Magistrate Judge Sarah Netburn dated February 6, 2026, hereby moves this Court for an Order appointing pro bono counsel to represent Plaintiff in this action.

      This Motion is made pursuant to 28 U.S.C. § 1915(e)(1), which authorizes the Court to request an attorney to represent any person unable to afford counsel, and 18 U.S.C. § 3771, the Crime Victims' Rights Act (CVRA), which guarantees crime victims the right to proceedings free from unreasonable delay and the right to be treated with fairness and with respect for the victim's dignity and privacy.

      This Motion is based upon: (1) this Notice of Motion; (2) the accompanying Memorandum of Law in Support; (3) the Declaration of Clayton Howard in Support of Application to Proceed In Forma Pauperis, previously filed herein; (4) the Order of Magistrate Judge Sarah Netburn, dated February 6, 2026, granting Plaintiff's IFP Application; and (5) all pleadings, papers, and records on file in this action.

BASIS FOR THE MOTION

Plaintiff respectfully submits that exceptional circumstances warrant the appointment of pro bono counsel in this matter for the following reasons, set forth more fully in the accompanying Memorandum of Law:

1. Plaintiff is indigent, as expressly established by this Court's February 6, 2026 Order granting leave to proceed in forma pauperis, and is financially unable to retain counsel.
2. Plaintiff is a judicially recognized victim of a federal sex trafficking conspiracy in which Defendant Sean Combs was convicted of violating the Mann Act, 18 U.S.C. § 2421, as charged in Count Three of the Superseding Indictment in United States v. Sean Combs, Case No. 24-cr-542 (AS) (S.D.N.Y.), tried and decided in this very District.
3. The claims in this action—including those arising under the Trafficking Victims Protection Reauthorization Act (TVPRA), 18 U.S.C. § 1595, and federal civil rights statutes—present exceptional complexity far beyond the capacity of a layperson to litigate effectively.
4. Defendants Netflix, Inc. and the other named defendants are represented by well-resourced, experienced counsel, creating a profound imbalance that prejudices Plaintiff's ability to vindicate his federal rights.
5. Plaintiff, while a legal studies student, is not a licensed attorney. The legal, evidentiary, and procedural complexities of this federal civil action require the skill of experienced legal counsel.
6. The likelihood of success on the merits is substantial, given that core facts underlying Plaintiff's claims have been established through a federal criminal conviction in this District.

Dated: February 26, 2026

                                                     Respectfully submitted,

                                                     *Clayton Howard*

                                                   CLAYTON HOWARD

                                                 Plaintiff Pro Se

                                                 24 Orchard Street

                                                 Carteret, New Jersey 07008

                                                 (929) 781-7791

                                                 itsclaytonhoward@gmail.com