UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| CLAYTON HOWARD, | Civil Action No. 1:26-cv-00707 (DEH)(SN) |
| *Plaintiff*, | |
| -against- | PLAINTIFF'S STATEMENT IN SUPPORT OF MOTION FOR APPOINTMENT OF PRO BONO COUNSEL |
| NETFLIX, INC., et al., | |
| *Defendants*, | |

  Plaintiff Clayton Howard respectfully submits this statement to explain to the Court, in plain terms, why the appointment of pro bono counsel is necessary in this case.

  I am the victim of a federal sex trafficking crime. My trafficker, Sean Combs, was tried and convicted in this District. The Honorable Arun Subramanian, the judge who presided over that trial, acknowledged in an Order dated January 28, 2026 that the evidence at trial supported that I was contacted through Backpage.com and transported across state lines for illegal purposes. I am a recognized victim of Count Three of the Superseding Indictment—the Mann Act count—in that case.

  This lawsuit arises from what happened to me after that crime became public. Netflix, Inc. and the other defendants in this action have commercially exploited my victimization. They have profited from content that misrepresents who I am and what was done to me. That exploitation damaged my reputation, and continues to cause me harm every day. The Trafficking Victims Protection Reauthorization Act, 18 U.S.C. § 1595, gives trafficking victims the right to sue those who knowingly benefit from that kind of exploitation. That is what I am doing here.

  I cannot afford an attorney. This Court has already found that I am indigent, granting my application to proceed without paying filing fees on February 6, 2026. My income is zero. My liquid assets are less than one hundred dollars. My inability to pay for legal representation is not a choice—it is a direct consequence of the harm that is the very subject of this lawsuit.

  I am a legal studies student, not a lawyer. I understand enough law to know what my rights are and to recognize that they have been violated. But understanding rights and being able

to enforce them in federal court are two very different things. On the other side of this case sits Netflix, Inc.—one of the most powerful and well-funded media companies in the world—represented by experienced attorneys at major law firms. I am one person, without income, without counsel, and without the litigation experience needed to match them procedurally or substantively in this Court.

Federal law, 28 U.S.C. § 1915(e)(1), allows this Court to request an attorney to represent a person who cannot afford one. I am asking the Court to exercise that authority here. The case has real merit—it is grounded in a criminal conviction in this very Court. The issues are genuinely complex. The imbalance between the parties is extreme. And the person seeking justice is a federally recognized trafficking victim whose only path to meaningful access to the courts runs through this motion.

I am not asking for special treatment. I am asking for a fair fight. Without counsel, I cannot have one. I respectfully request that the Court grant this motion and appoint qualified pro bono counsel to represent me.

Dated: February 26, 2026

*Clayton Howard*
CLAYTON HOWARD
Plaintiff Pro Se
24 Orchard Street
Carteret, New Jersey 07008
(929) 781-7791
itsclaytonhoward@gmail.com