UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| CLAYTON HOWARD,<br>　　　*Plaintiff,*<br><br>v.<br><br>NETFLIX INC., et al.,<br>　　　*Defendants,* | Civil Action No.: 1:26-cv-00707<br><br><br>NOTICE OF ERRATA REGARDING<br>WAIVER OF SERVICE OF SUMMONS<br>FILED BY DEFENDANT NETFLIX, INC. |

Plaintiff Clayton Howard, proceeding pro se, respectfully submits this Notice of Errata to bring to the Court's attention a typographical error appearing on the face of the Waiver of the Service of Summons (Form AO 399) executed by counsel for Defendant Netflix, Inc., and to correct the record accordingly.

## I.  NATURE OF THE ERRATA

The Waiver of the Service of Summons executed by Ilene S. Farkas, Esq., of Pryor Cashman LLP, on behalf of Defendant Netflix, Inc., bears a signature date of **February 27, 2025**.  This date is a typographical error.  The correct date of execution is **February 27, 2026**, consistent with the operative timeline of this action, which was commenced in 2026, and with the date of Plaintiff's waiver request, which was transmitted on **February 25, 2026** as reflected on the face of the same waiver form.

The erroneous year "2025" is clearly the product of a scrivener's error and does not reflect any ambiguity as to when the waiver was executed or the operative deadlines flowing therefrom.  No party is prejudiced by this correction.

## II.  CORRECTED INFORMATION

The following correction is hereby made to the record:

**Document:**　　Waiver of the Service of Summons (Form AO 399)

**Party:**　　Defendant Netflix, Inc., by Ilene S. Farkas, Esq., Pryor Cashman LLP

**Field Corrected:** Signature Date

**As Written:**　　February 27, 2025

**Corrected To:** February 27, 2026

### III. OPERATIVE DEADLINE UNAFFECTED

For the avoidance of doubt, the typographical error in the signature date does not affect the operative response deadline for Defendant Netflix, Inc. Pursuant to Fed. R. Civ. P. 4(d)(3), the deadline for Netflix to file and serve an answer or a motion under Rule 12 is **sixty (60) days from February 25, 2026** — the date Plaintiff's waiver request was transmitted — making Netflix's response due on or before **April 26, 2026**. This deadline is calculated from the request date, not the signature date, and is unaffected by the scrivener's error identified herein.

### IV. CORRECTED WAIVER ATTACHED

A corrected copy of the Waiver of the Service of Summons reflecting the proper execution date of **February 27, 2026** is attached hereto as **Exhibit A** and is respectfully submitted for filing with the Court as the operative waiver in this action.

Plaintiff respectfully requests that the Court accept this Notice of Errata and deem the corrected Waiver of Service attached hereto as Exhibit A to be the operative document of record.

Respectfully submitted,

_Clayton Howard_

**Clayton Howard, Pro Se**
Plaintiff
Newark, New Jersey
Dated: March 2, 2026

## CERTIFICATE OF SERVICE

I, Clayton Howard, hereby certify that on March 2, 2026, a true and correct copy of the foregoing Notice of Errata, together with the corrected Waiver of the Service of Summons (Exhibit A), was served upon counsel for Defendant Netflix, Inc. via the Court's Electronic Case Filing (ECF) system:

Ilene S. Farkas, Esq.
Pryor Cashman LLP
7 Times Square
New York, New York 10036
ifarkas@pryorcashman.com

*Clayton Howard*
Clayton Howard, Pro Se
Dated: March 2, 2026