

<div style="text-align:right">
Ilene S. Farkas<br>
Partner<br><br>
Direct Tel: 212-326-0188<br>
IFarkas@PRYORCASHMAN.com
</div>

March 3, 2026

**VIA ECF**

Hon. Sarah Netburn
United States District Court for the Southern District of New York
Thurgood Marshall United States Courthouse
40 Foley Square, Room 430
New York, New York 10007

Re:   *Howard v. Netflix, Inc., et al.*, 1:26-cv-00707 (DEH) (SN)

Dear Judge Netburn:

  We represent Defendants Netflix, Inc., G-Unit Film & Television, Inc., House of NonFiction Productions, Inc., West Tower Road LLC, Curtis Jackson and Alexandria Stapleton (collectively, "Defendants") in the above-referenced action.[1]  We write pursuant to the Court's Order (ECF No. 21), which directed the undersigned counsel to advise whether we will accept service on behalf of all Defendants and, if so, whether Defendants intend to respond to the First Amended Complaint.  We hereby confirm that we represent all Defendants in the above-referenced action, and that we executed and returned Waiver of Service forms to Plaintiff on February 27, 2026.

  Defendants are evaluating the First Amended Complaint (ECF No. 19) and currently contemplate filing a motion to dismiss on or before their response deadline of April 27, 2026.

  We are available at the Court's convenience should Your Honor wish to discuss this matter.

<div style="margin-left:40%">

Respectfully submitted,

  /s/ *Ilene S. Farkas*
Ilene S. Farkas
PRYOR CASHMAN LLP
7 Times Square
New York, New York 10036
Telephone: (212) 326-0188
ifarkas@pryorcashman.com

*Attorneys for Defendants*

</div>

---

[1] Plaintiff Howard erroneously identified G-Unit Film & Television, Inc. as "G-Unit Films and Television Inc." and House of NonFiction Productions, Inc. as "House of Nonfiction Inc."

Hon. Sarah Netburn
March 3, 2026
Page 2

cc: Clayton Howard (via ECF)