

**PRYOR CASHMAN LLP**

New York | Los Angeles | Miami

7 Times Square, New York, NY 10036-6569   Tel: 212-421-4100   Fax: 212-326-0806        pryorcashman.com

**Ilene S. Farkas**
Partner

Direct Tel: 212-326-0188
Direct Fax: 212-798-6382
IFarkas@PRYORCASHMAN.com

April 15, 2026

<u>**VIA ECF**</u>

Honorable Sarah Netburn
United States District Court for the Southern District of New York
Thurgood Marshall United States Courthouse
40 Foley Square, Room 430
New York, New York 10007

>      Re:     *Howard v. Netflix, Inc., et al.*, **Case No. 1:26-cv-00707 (DEH) (SN)**

Dear Judge Netburn:

We represent Defendants Netflix, Inc., G-Unit Film & Television, Inc., House of NonFiction Productions, Inc., West Tower Road LLC, Curtis Jackson and Alexandria Stapleton (collectively, "Defendants") in the above-referenced action.[1]  We write pursuant to Local Civil Rule 7.1(c) to respectfully request a modest enlargement of the page limitation for Defendants' forthcoming motion to dismiss ("Motion").

Local Civil Rule 7.1(c) caps memoranda of law in support of motions at 25 pages. Defendants respectfully request an enlargement to thirty-five (35) pages.  The First Amended Complaint (ECF No. 19) spans 60 pages and asserts eleven causes of action against seven defendants.  In the interest of efficiency and to avoid duplicative briefing, Defendants intend to file a single, consolidated Motion raising multiple independent grounds for dismissal as to all claims.  Given the breadth of the pleading, a modest enlargement is necessary to fully present those arguments.

Defendants have made and will make every effort to streamline their Motion and eliminate unnecessary duplication, and do not anticipate requiring more than 35 pages.

We are available at the Court's convenience should Your Honor wish to discuss this matter.

---

[1] Plaintiff Howard erroneously identified G-Unit Film & Television, Inc. as "G-Unit Films and Television Inc." and House of NonFiction Productions, Inc. as "House of Nonfiction Inc."



Honorable Sarah Netburn
April 15, 2026
Page 2

Respectfully submitted,

___/s/ *Ilene S. Farkas*_____
Ilene S. Farkas
PRYOR CASHMAN LLP
7 Times Square
New York, New York 10036
Telephone: (212) 326-0188
ifarkas@pryorcashman.com

*Attorneys for Defendants*

cc:  Clayton Howard (via ECF)

2