UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| CLAYTON HOWARD<br><br>    Plaintiff,<br><br>    – against –<br><br>NETFLIX, INC., CURTIS JACKSON (professionally known as "50 Cent"), ALEXANDRIA STAPLETON, G-UNIT FILMS AND TELEVISION INC., HOUSE OF NONFICTION INC., and WEST TOWER ROAD LLC,<br><br>    Defendants. | Case No. 1:26-cv-00707 (DEH) (SN)<br><br><br>**NOTICE OF APPEARANCE** |

TO:    The Clerk of the Court and all parties of record:

**PLEASE TAKE NOTICE** that the undersigned is admitted to practice in this Court and hereby enters her appearance in this Action as counsel for Defendants Netflix, Inc., G-Unit Film & Television, Inc., House of NonFiction Productions, Inc., West Tower Road LLC, Curtis Jackson and Alexandria Stapleton (collectively, "Defendants").[1]  The undersigned requests that copies of all notices and other papers in this Action be served upon the undersigned as indicated below.

Dated:  April 27, 2026
        New York, NY

                                                PRYOR CASHMAN LLP


                                                By:  */s/ Kaveri Arora*
                                                     Kaveri Arora
                                                     7 Times Square
                                                     New York, NY 10036
                                                     Tel: (212) 421 4100
                                                     karora@pryorcashman.com

                                                     *Attorney for Defendants*

---

[1] Plaintiff Howard erroneously identified G-Unit Film & Television, Inc. as "G-Unit Films and Television Inc." and House of NonFiction Productions, Inc. as "House of Nonfiction Inc."