UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| CLAYTON HOWARD | Case No. 1:26-cv-00707(DEH)(SN) |
| Plaintiff, | ECF CASE |
| – against – | |
| NETFLIX, INC., CURTIS JACKSON (professionally known as "50 Cent"), ALEXANDRIA STAPLETON, G-UNIT FILMS AND TELEVISION INC., HOUSE OF NONFICTION INC., and WEST TOWER ROAD LLC, | **NOTICE OF MOTION TO DISMISS FIRST AMENDED COMPLAINT** |
| Defendants. | |

**PLEASE TAKE NOTICE**, that upon the accompanying Declaration of Ilene Farkas, the exhibits annexed thereto, and the accompanying Memorandum of Law in support, and all pleadings, papers and prior proceedings had herein, Defendants Netflix, Inc., Curtis Jackson (professionally known as "50 Cent"), Alexandria Stapleton, G-Unit Film & Television, Inc. (erroneously identified as "G-Unit Films and Television Inc."), House of NonFiction Productions, Inc. (erroneously identified as "House of Nonfiction Inc."), and West Tower Road LLC (collectively, "Defendants") shall move this Court, before the Honorable Judge Dale E. Ho at the Thurgood Marshall Courthouse, 40 Foley Square, New York, New York, 10007, Courtroom 905, at a date and time as directed by the Court, for an Order pursuant to Rules 8(a), 9(b), and 12(b)(6) of the Federal Rules of Civil Procedure: (i) dismissing Plaintiff Clayton Howard's ("Plaintiff") First Amended Complaint (ECF No. 19) in its entirety with prejudice, and (ii) granting Defendants such other and further relief as the Court deems just and proper.

1

**PLEASE TAKE FURTHER NOTICE** that, pursuant to Judge Ho's Individual Practices in Civil Pro Se Cases 5.a., Plaintiff's opposition papers, if any, shall be filed and served within 30 days (on or before May 27, 2026).

**PLEASE TAKE FURTHER NOTICE** that, pursuant to Judge Ho's Individual Practices in Civil Pro Se Cases 5.a., Defendants' reply papers, if any, shall be filed and served within two weeks of receipt of Plaintiff's opposition papers, if any.

Dated:       New York, New York
             April 27, 2026

PRYOR CASHMAN LLP

By: _____
    Ilene Farkas
    Kaveri Arora
7 Times Square
New York, NY 10036
Tel. (212) 421-4100

*Attorneys for Defendants Netflix Inc., Curtis Jackson, Alexandria Stapleton, G-Unit Film & Television, Inc., House of NonFiction Productions, Inc., and West Tower Road LLC*