UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| CLAYTON HOWARD<br><br>       Plaintiff,<br><br>   – against –<br><br>NETFLIX, INC., CURTIS JACKSON (professionally known as "50 Cent"), ALEXANDRIA STAPLETON, G-UNIT FILMS AND TELEVISION INC., HOUSE OF NONFICTION INC., and WEST TOWER ROAD LLC,<br><br>       Defendants. | Case No. 1:26-cv-00707(DEH)(SN)<br><br>ECF CASE<br><br><br>**DECLARATION OF ILENE FARKAS IN SUPPORT OF DEFENDANTS' MOTION TO DISMISS FIRST <u>AMENDED COMPLAINT</u>** |

ILENE FARKAS, pursuant to 28 U.S.C. § 1746, hereby declares as follows:

1.      I am a partner with the law firm of Pryor Cashman LLP, counsel for Defendants Netflix, Inc., Curtis Jackson (professionally known as "50 Cent"), Alexandria Stapleton, G-Unit Film & Television, Inc. (erroneously identified as "G-Unit Films and Television Inc."), House of NonFiction Productions, Inc. (erroneously identified as "House of Nonfiction Inc."), and West Tower Road LLC (collectively, "Defendants"). I respectfully submit this declaration in support of Defendants' motion, pursuant to Federal Rules of Civil Procedure 8(a), 9(b) and 12(b)(6), to dismiss with prejudice the First Amended Complaint ("<u>FAC</u>", ECF No. 19) filed by Plaintiff Clayton Howard ("<u>Plaintiff</u>") on February 22, 2026 and awarding Defendants such other and further relief as the Court deems just and proper (the "Motion").

2.      **Exhibit 1** is a true and correct copy of the four-episode documentary miniseries entitled, "Sean Combs: The Reckoning." In accordance with Judge Ho's Individual Rules and Practices in Civil Cases 1.c., Exhibit 1 will be submitted via Electronic File Transfer link provided

1

by chambers. A physical, USB copy of Exhibit 1 will be mailed to Plaintiff at his address of record via FedEx priority overnight.

3.      Attached hereto as **Exhibit 2** is a true and correct copy of the Appearance Release executed between West Tower Road LLC and Plaintiff dated September 17, 2024, which is described in Plaintiff's FAC at ¶¶ 48, 51, and 100-123.

4.      Pursuant to Local Civil Rule 7.2, courtesy copies of the cases cited in the accompanying memorandum of law are being provided to Plaintiff via email to the following address: itsclaytonhoward@gmail.com, the email address with which the parties have been communicating during this litigation.

I declare under penalty of perjury that the foregoing is true and correct.


Executed:      New York, New York
               April 27, 2026

                                                              _____
                                                                      ILENE FARKAS

2