# EXHIBIT 1

## Submitted via Electronic File Transfer to Chambers