Clayton Howard

24 Orchard Street

Carteret, New Jersey 07008

(929)781-7791

itsclaytonhoward@gmail.com

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF NEW YORK

CLAYTON HOWARD,                                    Civil Action No. 1:26-cv-00707 (DEH)(SN)
              *Plaintiff,*

v.

NETFLIX, INC., et al.,                             PLAINTIFF'S EXHIBIT LIST
              *Defendants*,

EXHIBIT LIST

The following exhibits are submitted in support of Plaintiff's Opposition to Defendants' Motion
to Dismiss the First Amended Complaint, and are incorporated by reference into the Opposition
Brief and the Declaration of Plaintiff Clayton Howard:

| Exhibit | Title | Description |
|---|---|---|
| Exhibit A | Howard–Sanchez Communications | Complete authenticated email and text message chain between Plaintiff Clayton Howard and Defendant Vanessa Sanchez, February 27, 2025 – November 26, 2025, including: the February 27, 2025 disclosure email; the February 28, 2025 fraudulent inducement email; the March 6, 2025 text messages including the car service coordination and photograph solicitations; the December 2024–January 2025 payment delay email chain; the January 2025 ACH payment confirmation from West Tower Road LLC; and the November 26, 2025 Completed Release transmittal email. |

| Exhibit | Title | Description |
|---|---|---|
| Exhibit B | Jackson Statements and Actions Document | Compiled documentary record of Defendant Curtis Jackson's statements, public actions, social media posts, and documented conduct relevant to this action, including: sourced documentation of the twenty-year campaign against Sean Combs; the Good Morning America December 1, 2025 statement declaring Ventura a victim; the Us Weekly admission of private coordination with Ventura during production; the June 6, 2025 deleted Instagram post identifying Daphne Joy as Jane Doe with screenshots captured and reported by Vibe, The Source, AllHipHop, and TNT; and the Combs spokesperson statement regarding Jackson's undisclosed personal vendetta. |
| Exhibit C | Timeline of Participant Media Appearances — The Reckoning | Comprehensive verified timeline of print and media appearances by participants in Netflix's "Sean Combs: The Reckoning" (December 2023 – November 2025), documenting thirty-five-plus pre-Documentary public appearances by Rodney "Lil Rod" Jones, Aubrey O'Day, Kirk Burrowes, Kalenna Harper, Mark Curry, and Al B. Sure! — none of whom are named federal victims — without any evidence of contractual restriction by Defendants, contrasted with Plaintiff Howard's zero pre-verdict appearances and Defendants' invocation of the Appearance Release exclusively against him. |
| Exhibit D | Tyrone Blackburn Termination Letter | True and correct copy of the written termination letter formally terminating the attorney-client relationship between Plaintiff Clayton Howard and Tyrone A. Blackburn, Esq., identifying the grounds for termination including: Blackburn's undisclosed conflict of interest arising from his competing professional interest in the Combs prosecution and civil litigation; his failure to explain or negotiate the Appearance Release on Plaintiff's behalf; and his disclosure of privileged and confidential client communications to Defendant Alexandria Stapleton in violation of the attorney-client privilege. |

Plaintiff reserves the right to supplement this Exhibit List upon the filing of any Second Amended Complaint or the commencement of discovery. All exhibits are true and correct copies of the documents described. Plaintiff is prepared to authenticate each exhibit by declaration or at any hearing scheduled by the Court.

Dated: May 18, 2026

Respectfully submitted,

*Clayton Howard*

Clayton Howard

Plaintiff Pro Se

24 Orchard Street

Carteret, New Jersey 07008

(929) 781-7791

itsclaytonhoward@gmail.com