UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| CLAYTON HOWARD,<br>     *Plaintiff,*<br><br>v.<br><br>NETFLIX, INC.; CURTIS JACKSON<br>a/k/a "50 CENT"; ALEXANDRIA<br>STAPLETON; G-UNIT FILMS AND<br>TELEVISION INC.; HOUSE OF<br>NONFICTION INC.; and WEST<br>TOWER ROAD LLC,<br>     *Defendants.* | Civil Action No. 1:26-cv-00707 (DEH)(SN)<br><br><br><br>CERTIFICATE OF SERVICE |

CERTIFICATE OF SERVICE

I, Clayton Howard, hereby certify pursuant to Fed. R. Civ. P. 5 and S.D.N.Y. Local Civil Rule 5.2 that on May 18, 2026, I caused to be served via the Court's Electronic Case Filing ("ECF") system true and correct copies of the following documents upon all counsel of record who have appeared in this action and are registered ECF participants:

| No. | Document | ECF Filing Description |
|---|---|---|
| 1 | Plaintiff's Memorandum of Law in Opposition to Defendants' Motion to Dismiss the First Amended Complaint | Opposition Brief — Main Document |
| 2 | Declaration of Plaintiff Clayton Howard in Support of Opposition to Motion to Dismiss, with Exhibits A through D incorporated by reference | Supporting Declaration |
| 3 | Exhibit A — Howard–Sanchez Communications (authenticated email and text message chain, February 27, 2025 – November 26, 2025, including ACH payment record) | Exhibit A to Main Document |
| 4 | Exhibit B — Jackson Statements and Actions Document (compiled documentary record of Defendant Jackson's | Exhibit B to Main Document |

| No. | Document | ECF Filing Description |
|---|---|---|
|  | statements, public actions, social media posts, and documented conduct) |  |
| 5 | Exhibit C — Timeline of Participant Media Appearances (comprehensive verified timeline, December 2023 – November 2025) | Exhibit C to Main Document |
| 6 | Exhibit D — Tyrone Blackburn Termination Letter (written termination of attorney-client relationship, with stated grounds) | Exhibit D to Declaration |
| 7 | Plaintiff's Exhibit List | Exhibit List |
| 8 | Certificate of Service | This Document |

Service via ECF is being effected upon all parties who have appeared in this action through counsel registered with the Court's ECF system, including but not limited to counsel of record for the following Defendants:

| Defendant | Counsel of Record | Firm / Address |
|---|---|---|
| Netflix, Inc. | Ilene S. Farkas,  Esq. IFarkas@pryorcashman.com | Pryor Cashman LLP 7 Times Square New York, NY 10036 |
| Curtis Jackson a/k/a "50 Cent" | Ilene S. Farkas, Esq. IFarkas@pryorcashman.com | Pryor Cashman LLP 7 Times Square New York, NY 10036 |
| lexandria Stapleton | Ilene S. Farkas, Esq. IFarkas@pryorcashman.com | Pryor Cashman LLP 7 Times Square New York, NY 10036 |
| G-Unit Films and Television Inc. | Ilene S. Farkas, Esq. IFarkas@pryorcashman.com | Pryor Cashman LLP 7 Times Square New York, NY 10036 |
| House of Nonfiction Inc. | Ilene S. Farkas, Esq. IFarkas@pryorcashman.com | Pryor Cashman LLP 7 Times Square New York, NY 10036 |
| West Tower Road LLC | Ilene S. Farkas, Esq. IFarkas@pryorcashman.com | Pryor Cashman LLP 7 Times Square New York, NY 10036 |

I certify that the foregoing is true and correct. Service by ECF is effective upon transmission and constitutes service upon all registered ECF participants pursuant to Fed. R. Civ. P. 5(b)(2)(E) and S.D.N.Y. Local Civil Rule 5.2.

To the extent any Defendant or counsel of record is not registered for ECF in this action, Plaintiff will serve such party by United States First Class Mail, postage prepaid, to the address on file with the Court, on the date set forth above.

Dated: May 15, 2026

Respectfully submitted,

*Clayton Howard*

Clayton Howard

Plaintiff Pro Se

24 Orchard Street

Carteret, New Jersey 07008

(929) 781-7791

itsclaytonhoward@gmail.com