Clayton Howard, Pro Se

24 Orchard Street

Carteret, New Jersey 07008

(929) 781-7791

itsclaytonhoward@gmail.com

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF NEW YORK

CLAYTON HOWARD,                                          Civil Action No. 1:26-cv-00707 (DEH)(SN)

       *Plaintiff*,

v.

NETFLIX INC;                                                          NOTICE OF MOTION FOR

CURTIS JACKSON a/k/a "50 CENT";              JUDICIAL NOTICE OF

ALEXANDRIA STAPLETON;                             PLAINTIFF'S VICTIM STATUS

G-UNIT FILMS AND TELEVISION INC.;

HOUSE OF NONFICTION INC.; and

WEST TOWER ROAD LLC,

       *Respondent*,

**Related Criminal Case:** *United States v. Sean Combs*, No. 24-cr-542 (AS) (S.D.N.Y.)

TO ALL PARTIES AND THEIR COUNSEL OF RECORD:

PLEASE TAKE NOTICE that Plaintiff Clayton Howard will move this Court, before the
Honorable United States District Judge assigned to United States v. Sean Combs, No. 24-cr-542
(AS), at the United States Courthouse, 500 Pearl Street, New York, New York 10007, on a date
and at a time to be determined by the Court, for an Order pursuant to Federal Rule of Evidence
201 taking judicial notice of the following facts:

1. That Plaintiff Clayton Howard is the individual identified as 'Victim-2' in Count III of the indictment in United States v. Sean Combs, No. 24-cr-542 (AS) (S.D.N.Y.), as formally confirmed in the Government's Sentencing Memorandum (Dkt. 516, at 41);

2. That the Honorable Arun Subramanian, United States District Judge for the Southern District of New York, expressly recognized Plaintiff's victim status in a written Order dated January 28, 2026 (Dkt. 638), stating: 'The Court recognizes that testimony and other evidence at trial may have supported that Clayton Howard was contacted via Backpage.com to travel across state lines to engage in prostitution';

3. That Judge Subramanian further directed the Government, to the extent reasonably possible, to share relevant documents with Plaintiff to enable a timely application to the Backpage Remission Program, confirming judicial recognition of Plaintiff as a Backpage trafficking victim (Dkt. 638, at 2);

4. That Defendant Sean Combs was convicted by jury verdict of violations of 18 U.S.C. § 2421 (the Mann Act) under Count III and is currently serving a federal sentence imposed by Judge Subramanian for offenses involving Plaintiff's interstate trafficking for commercial sex acts;

5. That Defendant Casandra Ventura testified under oath at the Combs criminal trial as set forth in Appendix B hereto, including that Plaintiff was one of her 'more frequently used men,' that she arranged his interstate travel, financed flights and hotels, and coordinated commercial sex acts over approximately eight years;

6. That Plaintiff is a documented victim of sex trafficking under federal law and is entitled to applicable protections, including those under the Crime Victims' Rights Act, 18 U.S.C. § 3771, and the Trafficking Victims Protection Act, 18 U.S.C. § 1595.

This Motion is based upon this Notice, the accompanying Memorandum of Law, the Declaration of Clayton Howard, Appendix A (Dkt. 638 — Order of Judge Subramanian, January 28, 2026),

Appendix B (Analysis of Sworn Statements of Casandra Ventura from Trial Testimony), Appendix C (Dkt. 516, page 41 — Government's Sentencing Memorandum identifying Plaintiff as Victim-2 of Count III), all papers and proceedings on file in this matter, and such evidence as may be presented at hearing.

Plaintiff respectfully requests that the Court enter the Proposed Order submitted herewith.

Dated: May 18, 2026

                                                        Respectfully submitted,

                                                        *Clayton Howard*

                                                        CLAYTON HOWARD
                                                        Plaintiff Pro Se
                                                        24 Orchard Street
                                                        Carteret, New Jersey 07008
                                                        (929) 781-7791
                                                        itsclaytonhoward@gmail.com