

PRYOR CASHMAN LLP

New York | Los Angeles | Miami

7 Times Square, New York, NY 10036-6569   Tel: 212-421-4100   Fax: 212-326-0806          pryorcashman.com

**Ilene S. Farkas**
Partner

Direct Tel: 212-326-0244
Direct Fax: 212-798-6338
MGoldberg@PRYORCASHMAN.com

May 22, 2026

**VIA ECF**

Honorable Dale E. Ho
United States District Court for the Southern District of New York
Thurgood Marshall United States Courthouse
40 Foley Square
New York, New York 10007

> Re:    *Howard v. Netflix, Inc., et al.*, **Case No. 1:26-cv-00707 (DEH) (SN)**

Dear Judge Ho:

We represent Defendants Netflix, Inc., G-Unit Film & Television, Inc., House of NonFiction Productions, Inc., West Tower Road LLC, Curtis Jackson and Alexandria Stapleton (collectively, "Defendants") in the above-referenced action.[1]  We write: (1) pursuant to Your Honor's Individual Rules and Practices in Civil Pro Se Cases to respectfully request a brief extension of time to file Defendants' forthcoming reply in further support of their motion to dismiss ("Reply"); and (2) to respectfully request a modest enlargement of the page limitation for Defendants' Reply.

Plaintiff filed his opposition to Defendants' motion to dismiss on May 19, 2026 – nine (9) days before the thirty-day (30-day) deadline set forth in Rule 5.a. of Your Honor's Individual Rules and Practices in Civil Pro Se Cases. Defendants' Reply is now due June 1 (previously due on June 10).  Due to preexisting travel plans and scheduling conflicts, Defendants respectfully request a brief four-day (4-day) extension of their time to file their Reply by June 5. Plaintiff consents to Defendants' request for the extension.

Your Honor's Individual Rules and Practices cap reply memoranda of law in support of motions at 10 pages.  Defendants respectfully request an enlargement to fifteen (15) pages.  The First Amended Complaint (ECF No. 19) spans sixty (60) pages and asserts eleven causes of action against seven defendants. Plaintiff's opposition annexes a ten-page (10-page) declaration, and over seventy (70) pages of exhibits.  In the interest of efficiency and to avoid duplicative briefing,

---

[1] Plaintiff Howard erroneously identified G-Unit Film & Television, Inc. as "G-Unit Films and Television Inc." and House of NonFiction Productions, Inc. as "House of Nonfiction Inc."



Honorable Dale E. Ho
May 22, 2026
Page 2


Defendants intend to file a single, consolidated Reply in further support of dismissal as to all claims.

Given the breadth of the pleading and Plaintiff's opposition, a modest enlargement is necessary to fully present those arguments.[2]

Defendants have made and will make every effort to streamline their Reply and eliminate unnecessary duplication, and do not anticipate requiring more than fifteen (15) pages.

We are available at the Court's convenience should Your Honor wish to discuss this matter.


Respectfully submitted,

___/s/ *Ilene S. Farkas*_____
Ilene S. Farkas
PRYOR CASHMAN LLP
7 Times Square
New York, New York 10036
Telephone: (212) 326-0188
ifarkas@pryorcashman.com

*Attorneys for Defendants*


cc:  Clayton Howard (via ECF)

---

[2] The Court previously granted an expansion of pages in connection with Defendants' moving papers and Plaintiff's opposition papers. (ECF No. 38.)